IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAVARES R. SMITH,                                                                                    PETITIONER

v.                                              3:12-cv-00036-JMM-JJV

MIKE ALLEN, Sheriff,
Crittenden County Detention Facility                                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 23rd day of February, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1